No JSG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ARNETT FACIAL RECONSTRUCTION COURSES, INC., a California Corporation, | Case No. 11-CV-06929-CBM (E) |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| PATTERSON DENTAL SUPPLY, INC., a Minnesota corporation d/b/a DOLPHIN IMAGING AND MANAGEMENT SOLUTIONS and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

For the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment dated August 10, 2012, Dkt. # 90;

And in light of the stipulation by and between Defendant/Counterclaimant Patterson Dental Supply, Inc. ("PDS") and Plaintiff/Counter-Defendant Arnett Facial Reconstruction Courses, Inc. ("AFRC"), and the Court's Order thereon, dismissing without prejudice PDS's counterclaims for a declaratory judgment of invalidity and unenforceability pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of PDS on all causes of action asserted by AFRC, and that judgment be entered in favor of PDS on PDS's counterclaim for a declaratory judgment of non-infringement (Count I of PDS's Answer and Counterclaim). PDS's counterclaims for a declaratory judgment of invalidity (Count II) and unenforceability (Count III) shall be and hereby are dismissed without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that PDS is the prevailing party entitled to recover costs pursuant to Local Rule 54-4.

**IT IS SO ORDERED.**

Dated: September 5, 2012

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE