# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNETT FACIAL RECONSTRUCTION COURSES, INC., <br><br>Plaintiff,<br><br>v.<br><br>PATTERSON DENTAL SUPPLY, INC., D/B/A DOLPHIN IMAGING SOLUTIONS AND AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 11-CV-06929-CBM (Ex)<br><br>Assigned to: The Honorable Consuelo B. Marshall<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| PATTERSON DENTAL SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARNETT FACIAL RECONSTRUCTION COURSES, INC.,<br><br>Counterdefendants. | |

16791221

Pursuant to the stipulation of the parties, this case and all claims asserted herein are dismissed with prejudice and without costs, fees, or disbursements to any party.

**SO ORDERED.**

Dated this 17th day of December, 2013.

BY THE COURT:

_____
The Honorable Consuelo B. Marshall

10249284.1

USDC Case No.: 2:11-CV-06929-CBM (Ex)

16791221